JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARWIN NATIONAL ASSURANCE COMPANY, | Case No. CV 13-5670 FMO (RZx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| RICHARD M. ROSENTHAL, et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Pending Motion, IT IS ADJUDGED that Darwin National Assurance Company ("Darwin") has no duty to defend or indemnify defendant Richard M. Rosenthal in the Weiss Action because the Business Enterprise Exclusion bars coverage as to Rosenthal; and Darwin has no duty to defend or indemnify defendants in the Weiss Action because the Investment Advice Exclusion bars coverage. The above-captioned action is dismissed with prejudice.

Dated this 24th day of September, 2014.

/s/
Fernando M. Olguin
United States District Judge